# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **Pennsylvania Manufacturer's Indemnity Company d/b/a PMA Insurance Group,** | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No.: 3:13-CV-00570 |
| v. | ) ) | Jury Demanded |
| **MDM Covenant Insurance, LLC and** **The Hilb Group of Tennessee, LLC d/b/a** **MDM Covenant Insurance,** | ) ) ) ) | Judge Trauger Magistrate Judge Bryant |
| Defendant. | ) | |

---

## STIPULATION OF DISMISSAL WITH PREJUDICE
---

The parties hereto, by and through counsel and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby file this Stipulation of Dismissal With Prejudice.

**APPROVED:**

**LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC**

By:   s/Steven W. Keyt
     **STEVEN W. KEYT (009200)**
     *Attorneys for Defendants, MDM Covenant Insurance*
     *and The Hilb Group of Tennessee, LLC d/b/a MDM Covenant Insurance*
     801 Broad Street, Third Floor
     Chattanooga, TN 37402
     Phone: (423) 265-0214
     Fax: (423) 267-6625
     Email: steven.keyt@leitnerfirm.com

**CLAYTON-LITTLE, PLLC**

By:   s/John S. Little
     **JOHN S. LITTLE (014941)**
     *Attorneys for Plaintiff, Pennsylvania Manufacturers' Indemnity*
     *Company d/b/a PMA Insurance Group*
     325-A North Parkway
     Jackson, TN 38305
     Phone: (731) 300-6261
     Fax: (731) 300-6364
     Email: jlittle@clayton-little.com

1